| | |
|---|---|
| DISTRICT COURT, COUNTY OF GARFIELD, STATE OF COLORADO<br><br>Court Address:<br>109 8th St., Suite 104<br>Glenwood Springs, CO 81601<br><br>Plaintiff:<br>ESTATE OF FRANK M. EWING<br><br>v.<br><br>Defendant:<br>WAYNE EWING FILMS, INC.<br><br>Attorney: MILLER COHEN PETERSON YOUNG P.C.<br>Bill Peterson, 31626<br>Sarah Young, 38577<br>PO Box 1259/344 Main St.<br>Longmont, CO 80502-1259<br>303-772-0165/Fax: 303-772-6450 | ^FOR COURT USE ONLY^<br>Case No:<br>Div.:<br>Courtroom: |

**COMPLAINT**

COMES NOW, plaintiff, by and through its attorneys, Miller Cohen Peterson Young P.C., and for its cause of action against defendant alleges as follows:

1. The underlying transaction for this cause of action is a commercial, rather than a consumer transaction, solely involved in interstate commerce.

2. Defendant's residence and/or principal place of business is located at 793 Valley Road, Carbondale, CO 81623.

3. Defendant owes to plaintiff the sum of $100,000.00 plus interest pursuant to C.R.S. 5-12-102 from May 6, 2011 at the rate of 8% per annum, on a Note signed by defendant on May 26, 2009, a copy of which is attached hereto. Defendant is in default with respect to payments on said Note.

4. Venue is proper in Garfield County pursuant to C.R.C.P. 98. Further, defendant's residence and/or principal place of business is located in Garfield County, Colorado.

WHEREFORE, plaintiff prays for judgment against the defendant in the amount established by the evidence, interest, attorney's fees if applicable, and costs, and for such other and further relief as the Court may deem just and proper.

MILLER COHEN PETERSON YOUNG P.C.

S/Bill Peterson
Bill Peterson, 31626
Sarah Young, 38577
P.O. Box 1259/344 Main St.
Longmont, CO 80502-1259
303 772 0165/fax 303 772 6450

*The original of the above signature is maintained by Miller Cohen Peterson Young P.C., and will be made available for inspection by other parties or the Court upon request.*

## NOTE

FOR VALUE RECEIVED this 26th day of May, 2009, Wayne Ewing Films, Inc. ("Maker") promises to pay to the order of Frank M. Ewing ("Holder"), or assigns, the principal sum of Fifty-Five Thousand Dollars ($55,000), due and payable as provided herein below:

1. **Term of Note:** The term of the note shall be for two years from the date herein first mentioned above.

2. **Payment:** The Full amount of the note shall be due and payable at the end of the term of the note as reflected in item 1.

3. **Prepayment:** The Maker may prepay any, or all, of the unpaid principal sum at any time during the period of the note.

4. **Event of Default:** Should the Maker default in the repayment, the Holder may issue a thirty (30) day default notice. Should the repayment not occur within thirty (30) days of the receipt of the thirty (30) day notice, Holder may institute legal resolution and the Maker shall be responsible for all costs incurred thereto.

5. **Death of Holder:** Should the Holder's death occur before the date of repayment, the note shall be considered to have been paid in full and the Maker shall have no further obligation under the terms of this note.

6. **No Modifications:** No modifications, changes or amendments of this Note shall be deemed to be made hereunder unless in writing signed by both the Maker and the Holder, or its assigns.

IN WITNESS WHEREOF, THE Maker and Holder has each caused this Note to be signed and sealed on their respective parts and day and year first above written.

Witness: _[signature: Judith H. Ewing]_   _[signature: Wayne Ewing]_
Wayne Ewing Films, Inc. by Wayne Ewing
Its _President_

Witness: _[signature: Judith H. Ewing]_   _[signature: Frank M. Ewing]_
Judith H. Ewing   Frank M. Ewing

# FIRST AMENDMENT
# TO NOTE

**THIS FIRST AMENDMENT** is entered into this 6th day of May, 2011 between Wayne Ewing Films, Inc. ("Maker") and Frank M. Ewing ("Holder"), or assigns.

Whereas, the parties executed a note the 26th day of May, 2009 for a term of two years in the amount of Fifty-Five Thousand Dollars ($55,000)

Whereas, it is the intent of both parties that the note be modified as follows:

1. **Term of Note:** The term of the note shall be extended for two years as of the date of this First Amendment.

2. **Amount of the Note:** The amount of the note due and payable at the end of the term shall be increased to One Hundred Thousand Dollars ($100,000).

Other than specifically modified above, all terms and conditions of the Note dated May 26, 2009 shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Maker and Holder each has caused this First Amendment to be signed and sealed on their respective parts on the day and year first above written.

Witness: _____    _____
                                    Wayne Ewing Films, Inc. by Wayne Ewing
                                    Its _President_

Witness: _____    _____
         Judith H. Ewing             Frank M. Ewing