IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02736-RBJ

ESTATE OF FRANK M. EWING,

      Plaintiff,

v.

WAYNE EWING FILMS, INC.,

      Defendant,

_____

WAYNE EWING FILMS, INC., a Colorado corporation,

      Counter-Claimant,

v.

ESTATE OF FRANK M. EWING,

      Counter-Defendant,

_____

WAYNE EWING FILMS, INC., a Colorado corporation,

      Third-Party Plaintiff,

v.

JUDITH H. EWING, individually and as co-personal representative
of the Estate of Frank M. Ewing,
FRANCES EWING TENNERY, individually and as co-personal representative
of the Estate of Frank M. Ewing,
ROBERT W. LANG, an individual, and
ESTATE OF FRANK M. EWING,

      Third-Party Defendants.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Joint Motion for

Dismissal With Prejudice [ECF No. 91] and the Court, being fully advised in the premises,

hereby:

GRANTS the Motion and ORDERS that this case is dismissed with prejudice, with each

party to bear it, his or her own costs and attorneys' fees.

DATED this 1st day of October, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge